IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | 1:21cr260-5 (LMB) |
| CRISTIAN ARIEL AREVALO ARIAS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On January 6, 2022, defendant Cristian Ariel Arevalo Arias was indicted on multiple counts which, pursuant to 18 U.S.C. § 3005, require the court to appoint two counsel, of whom at least one shall be learned in the law applicable to capital cases. Having considered the recommendation of the Federal Public Defender, as required by 18 U.S.C. § 3005 and this court's Criminal Justice Act Plan, it is hereby

ORDERED that attorneys Bernadette Donavan and Dan Goldman be and are APPOINTED to represent the defendant in this case.

The Clerk is directed to forward copies of this Order to attorneys Donovan and Goldman and to counsel of record for the United States.

Entered this 19 day of January, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge