IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:21cr260 (LMB) |
| JAIRO GUSTAVO AGUILERA ) | |
| SAGASTIZADO, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

To avoid unnecessary delay in defense counsel receiving discovery, it is hereby

ORDERED that any objection to the United States' proposed protective order be filed by Monday, February 28, 2022.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of February, 2022.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge