IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIRO GUSTAVO AGUILERA SAGASTIZADO,<br>et al.<br><br>*Defendants.* | Case No. 1:21-cr-260-LMB |

## NOTICE OF DECISION NOT TO SEEK THE DEATH PENALTY

The United States of America, by and through its attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, John C. Blanchard, Assistant United States Attorney, Rachel M. Roberts, Special Assistant United States Attorney, and Matthew K. Hoff, Department of Justice Trial Attorney, hereby provides notice of the government's decision not to seek the death penalty against defendants Jairo Gustavo Aguilera Sagastizado, Melvin Canales Saldana, Mario Antonio Guevara Rivera, Cristian Ariel Arevalo Arias, Carlos Jose Turcios Villatoro, Abner Jose Molina Rodriguez, or Manilester Andrade Rivas for any of the offenses charged in this case.

On the evening of February 15, 2022, the United States Attorney for the Eastern District of Virginia received authorization and direction from the Department of Justice not to seek the death penalty against the defendants named above.   The following morning, the undersigned Assistant United States Attorney advised the attorneys for each of the defendants in this case of the Department of Justice's authorization and direction not to seek the death penalty against these seven defendants.   The undersigned also advised the Honorable Loenie M. Brinkema of the Department of Justice's authorization and direction not to seek the death penalty against the

defendants that same afternoon via a letter electronically mailed to her chambers (appended hereto as Exhibit 1).

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: March 25, 2022      By:      /s/
                               John C. Blanchard
                               Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:         /s/
    John C. Blanchard
    Assistant United States Attorney
    Office of the United States Attorney
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: (703) 299-3999
    Fax:    (703) 299-3980
    John.Blanchard@usdoj.gov