IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIRO GUSTAVO AGUILERA SAGASTIZADO, et al.<br><br>          *Defendants.* | Case No. 1:21-cr-260-LMB |

## RESPONSE TO ORDER ON REVISED PROTECTIVE ORDER

The United States submits the attached revised proposed Protective Order in response to the Court's Order dated March 21, 2022. (Dkt. No. 138).

          Respectfully submitted,

          Jessica D. Aber
          United States Attorney

Date: March 28, 2022        By:       /s/
                                            Rachel M. Roberts
                                            Special Assistant United States Attorney
                                            John C. Blanchard
                                            Assistant United States Attorney
                                            Matthew K. Hoff
                                            Department of Justice Trial Attorney
                                            U.S. Attorney's Office
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 299-3700
                                            Facsimile: (703) 299-3980
                                            E-mail: Rachel.Roberts1@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on March 28, 2022, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:         /s/
Rachel M. Roberts
Special Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3700
Fax:    (703) 299-3980
Rachel.Roberts1@usdoj.gov