**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:21-CR-260 |
| | : | |
| CRISTIAN AREVALO ARIAS, | : | |
| | : | |
| Defendant. | : | Honorable Leonie M. Brinkema |
| | : | |

## ORDER

Upon consideration of Mr. Arevalo's Motion to Compel Disclosure of Jailhouse Informant Cooperation, Information, and Testimony, and for good cause,

It is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that at least ninety (90) days in advance of trial, the Government shall provide notice to the defendants of names and statements of jailhouse informants, statements alleged to have been made by defendants to jailhouse informants, and any discussion of benefits to be provided by the Government for such information.

It is SO ORDERED.

Alexandria Virginia
_____, 2023