IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-CR-260 |
| CRISTIAN ARIEL AREVALO ARIAS, | Hon. Leonie M. Brinkema |
| *Defendant.* | Trial Date: September 11, 2023 |
| | Motions Hearing Date: May 23, 2023 |

**GOVERNMENT'S RESPONSE TO MOTION TO COMPEL DISCLOSURE OF
JAILHOUSE INFORMANT COOPERATION, INFORMATION, AND TESTIMONY**

Defendant Cristian Ariel Arevalo Arias ("Arevalo") has moved this Court to order the United States to disclose the identities of individuals incarcerated with Arevalo whom the government intends to call as witnesses at trial, together with the substance of information they have provided and information pertaining to any discussions of benefits that might potentially or actually be conferred on those individuals in exchange for their information. ECF 208.[1] In other words, Arevalo seeks to learn the identities, anticipated testimony, and *Giglio* information of "jailhouse informants," i.e., individuals arrested and jailed for unrelated crimes who purport to have gleaned information about him while they were in custody together.

Neither the government nor the Court need address the merits of Arevalo's motion because it is moot. While the United States intends to call certain individuals who were arrested and prosecuted in connection with the investigation that gave rise to Arevalo's arrest and indictment as witnesses at trial, the government does not intend to call any jailhouse informant to testify

---

[1] Defendants Jairo Gustavo Aguilera Sagastizado, Melvin Canales Saldana, and Marvin Menjivar Gutiérrez have moved to adopt Arevalo's motion. ECF Nos. 232, 233, and 249.

1

against Arevalo or any other defendant named in the Superseding Indictment. Accordingly, the United States respectfully requests that this Court enter an Order denying Arevalo's motion.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By: _____/s/_____
John C. Blanchard
Maureen C. Cain
Megan C. Braun
Assistant United States Attorneys

Matthew K. Hoff
Department of Justice Trial Attorney
Organized Crime and Gang Section

## CERTIFICATE OF SERVICE

      I certify that on May 5, 2023, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

      By:     /s/    
          John C. Blanchard
          Assistant United States Attorney
          Office of the United States Attorney
          2100 Jamieson Avenue
          Alexandria, Virginia 22314
          Phone: (703) 299-3999
          Fax: (703) 299-3980
          John.Blanchard@usdoj.gov