IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | 1:21-CR-260 |
| | : | |
| CRISTIAN AREVALO ARIAS, | : | |
| | : | |
| Defendant. | : | Honorable Leonie M. Brinkema |
| | : | |

**MOTION TO AMEND ORDER**

The Accused, Cristian Arevalo Arias, respectfully moves this Court to amend its Order regarding the jury list to permit non-attorney defense team members to view the jury information. *See* Doc. 625. In support of this Motion, counsel states as follow:

1. Trial in this case is scheduled to begin on October 2, 2023. Per the Court's order, "it will not be possible for counsel to have a list of potential jurors until late Monday, September 25, 2023." Doc. 625 at 1.

2. Today, the Court entered an order limiting the proposed jury list to "counsel's eyes only." *Id.*

3. During trial preparation, trial counsel typically relies on other defense team members (e.g., investigators and paralegals) to review and organize the information pertaining to prospective jurors.

4. Mr. Arevalo's delayed indictment, expert budgeting issues, and the timing of the jury list make it impossible for counsel to personally review and organize the juror information. Thus, it is particularly important for counsel to have the assistance of other defense team members with this task.

5. Consequently, undersigned counsel asks the Court to amend the Order to say "the

1

proposed list is for defense team member eyes only," as opposed to "for counsel's eyes only."

## CONCLUSION

WHEREFORE, Mr. Arevalo respectfully moves this Honorable Court to amend the jury list order. A proposed amended order is attached.

Respectfully submitted,
CRISTIAN AREVALO ARIAS

s/ Bernadette Donovan

Bernadette M. Donovan
VA BAR 82054
Donovan & Engle, PLLC
1134 East High Street, Unit A
Charlottesville, VA 22902
Office 800-428-5214
Fax 434-465-6866
bernadette@donovanengle.com

Daniel Hutcheson Goldman
VA BAR 82144
The Law Office of Daniel Goldman, PLLC
421 King Street, Suite 505
Alexandria, VA 22314
Office 202-677-5709
Fax 833-523-2310
dan@dangoldmanlaw.com

*Counsel for Cristian Arevalo Arias*

## CERTIFICATE OF SERVICE

I, Bernadette Donovan, Esq., hereby certify that on this September 22, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A Notice of Electronic Filing will be served on:

John C. Blanchard
Maureen Cain
Matthew K. Hoff

Assistant United States Attorneys
Attorney for the United States
United States Attorney's Office
2100 Jamieson Avenue
Tel: 703-299-3700
Fax: 703-299-3980
John.blanchard@usdoj.gov
Maureen.cain@usdoj.gov
Matthew.hoff2@usdoj.gov

s/ <u>Bernadette M. Donovan</u>