IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

FEB - 2 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-260 |
| ) | |
| CRISTIAN AREVALO ARIAS, a/k/a "Serio" ) | Hon. Leonie M. Brinkema |
| ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

To return a guilty verdict, the jury must unanimously agree that the government has proven each and every element of the offense beyond a reasonable doubt. Please indicate your decision below with a check mark:

As to **Count One** (conspiracy to participate in a racketeering enterprise), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty _____    Guilty __✓__

Only if you find the defendant guilty of Count One, please answer the following question:

(1) We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about June 22, 2019, while aiding and abetting others, did willfully, deliberately, maliciously, and with premeditation kill Milton Beltran Lopez (check one):

YES __✓__    NO _____

(2) We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about June 22, 2019, while aiding and abetting others, did willfully, deliberately, maliciously, and with premeditation kill Jairo Geremeas Mayorga (check one):

YES __✓__    NO _____

(3) We, the jury, having found the defendant guilty of the offense charged in Count One, further unanimously find that as part of that offense, the defendant, on or about August 29, 2019, while aiding and abetting others, did willfully, deliberately, maliciously, and with premeditation kill Eric Lainer Tate (check one):

YES ✓   NO ____

As to **Count Two** (conspiracy to distribute cocaine), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty ____   Guilty ✓

As to **Count Three** (conspiracy to commit murder of Milton Beltran Lopez in aid of racketeering activity), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty ____   Guilty ✓

As to **Count Four** (murder of Milton Beltran Lopez in aid of racketeering activity), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty ____   Guilty ✓

As to **Count Five** (using, carrying, brandishing, and discharging a firearm during a crime of violence causing death of Milton Beltran Lopez), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty ____   Guilty ✓

As to **Count Six** (murder of Jairo Geremeas Mayorga in aid of racketeering activity), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty _____  Guilty \_\_✓\_\_

As to **Count Seven** (using, carrying, brandishing, and discharging a firearm during a crime of violence causing death of Jairo Geremeas Mayorga), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty _____  Guilty \_\_✓\_\_

As to **Count Eight** (witness tampering), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty _____  Guilty \_\_✓\_\_

As to **Count Nine** (conspiracy to commit murder of Eric Lanier Tate in aid of racketeering activity), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty \_\_✓\_\_  Guilty _____

As to **Count Ten** (murder of Eric Lanier Tate in aid of racketeering activity), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty \_\_✓\_\_  Guilty _____

As to **Count Eleven** (using, carrying, brandishing, and discharging a firearm during a crime of violence causing death of Eric Lanier Tate), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty ✓          Guilty _____

As to **Count Seventeen** (distribution of cocaine on or about May 7, 2020), we the jury unanimously find the defendant, Cristian Arevalo Arias:

Not Guilty _____          Guilty ✓

Date: 2/2/2024

_____
Foreperson (signature)

_____
Foreperson (printed)

4